Alex Terepka (SBN 288243)
alex@wtlaw.com
Matthew A. Keilson (*pro hac vice* forthcoming)
Florida Bar No. 1002294
mkeilson@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Counsel for ProbateCash LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RODRIGUEZ, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PROBATECASH LLC d/b/a DAYSNOTYEARS, <br><br> Defendant. | Case No. 2:25-CV-04830-JFW-PD <br><br> **JOINT NOTICE OF SETTLEMENT** |

The parties have reached a settlement in principle (on an individual, non-class basis). They ask the Court to vacate all pending deadlines and request sixty (60) days to finalize the settlement and submit a stipulation of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims or alternatively a status report.

*[Signatures Appear on Following Page]*

| | |
|---|---|
| DATED: August 8, 2025 | /s/Alex Terepka<br>Alex Terepka (SBN 288243)<br>alex@wtlaw.com<br>Matthew A. Keilson<br>*(pro hac vice* forthcoming)<br>Florida Bar No. 1002294<br>mkeilson@wtlaw.com<br>WATSTEIN TEREPKA, LLP<br>515 South Flower Street, 19th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 839-3317<br><br>*Counsel for ProbateCash LLC*<br><br>By: /s/ Gustavo Ponce<br>*signed with express permission<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com<br>David J. McGlothlin, Esq. (SBN: 253265)<br>david@kazlg.com<br>Mona Amini, Esq. (SBN: 296829)<br>mona@kazlg.com<br>Gustavo Ponce, Esq. (SBN: 343430)<br>gustavo@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523<br><br>RESOLVE LAW GROUP<br>Stuart Price, Esq. (SBN: 150439)<br>stuart@resolvelawgroup.com<br>6345 Balboa Blvd #247<br>Encino, CA 91316<br>Telephone: 818-995-4540<br><br>*Attorneys for Plaintiff,*<br>ALLEN RODRIGUEZ |

## ATTESTATION

In accordance with Local Rule 5-4.3.4(a)(2), ProbateCash LLC, as the filing party, hereby attests that signatory Gustavo Ponce, on behalf of Plaintiff, concurs in the content and the filing of this joint notice of settlement.

                                          */s/ Alex Terepka*
                                          Alex Terepka

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                          */s/ Alex Terepka*
                                          Alex Terepka