JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RODRIGUEZ, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROBATECASH LLC d/b/a DAYSNOTYERS,<br><br>Defendant. | Case No.: Case 2:25-cv-04830-JFW-PDx<br><br>**ORDER RE:**<br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT PROBATECASH LLC D/B/A DAYSNOTYEARS PURSUANT TO F.R.C.P. 41(A)(1)** |

Pursuant to the Parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Class Action Complaint is dismissed *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to the claims of the putative class.

**IT IS SO ORDERED**.

Dated: October 14, 2025

_____
HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE